**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| JANE DOE )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARTIQUE VANDERPOOL, et al. )<br>)<br>    Defendants. )<br>_____) | Case: _____ |

**PLAINTIFF DOE'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO FILE EXHIBIT WITH IDENTITY UNDER SEAL**

Plaintiff Doe has filed herewith a Motion to Proceed Using Pseudonym pursuant to Rules 7(b) and 26(c) of the Federal Rules of Civil Procedure, and Local Rule 105.

As a general matter, Rule 10(a) of the Federal Rules of Civil Procedure require Complaints to "name all the parties." Fed. R. Civ. P. 10(a); *see also* D. Md. Local R. 102.2(a) (requiring "the names and addresses of all parties" on the complaint.) However, "[i]n exceptional circumstances, compelling concerns relating to personal privacy or confidentiality may warrant . . . use of a pseudonym." *Doe v. Public Citizen*, 749 F.3d 246, 273 (4th Cir. 2014). In these circumstances courts must balance "the party's stated interest in anonymity against the public's interest in openness and any prejudice that anonymity would pose to the opposing party." *Id.* at 274.

While the aforementioned Motion is pending the Plaintiff files herewith the Exhibit with her true name. Plaintiff states that the legal support to file this Exhibit under Seal is the same as explained in the Motion and Memorandum to Proceed Under Pseudonym filed herewith which is incorporated and adopted herein so as not to duplicate the argument in this motion.

Respectfully submitted,

By: _____
David E. Haynes, Esquire
MD Bar # 18221
The Cochran Firm,
D.C./Baltimore
1666 K Street, N.W.
Suite 1150
Washington, DC 20006
Telephone: (202) 682-5800
Fax: (202) 408-8851
dhaynes@cochranfirm.com
*Attorney for Plaintiff*

Dated: August 2, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that this Motion and all attachments will be served on all Defendants in this action at the same time, in the same manner, and at the same location as the Complaint and Summons are filed on the Defendants.

Respectfully submitted,

By: _____
David E. Haynes, Esquire
MD Bar # 18221
The Cochran Firm,
D.C./Baltimore
1666 K Street, N.W.
Suite 1150
Washington, DC 20006
Telephone: (202) 682-5800
Fax: (202) 408-8851
dhaynes@cochranfirm.com
*Attorney for Plaintiff*

Dated: August 2, 2022